Nos. 25-8168

IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

TAVON WILLIAMS,

*Plaintiff-Appellant,*

*v.*

CITY OF TACOMA, et al.

*Defendants-Appellees.*

Appeal from the United States District Court
for the Western District of Washington
Case No. 3:24-cv-05056-DGE
Honorable David G. Estudillo, United States District Judge

**MOTION TO WITHDRAW**

Plaintiff Tavon Williams, by and through his attorneys David B. Owens and Yohannes Sium respectfully moves this Court for leave to withdraw the appearance of Jesse Valdez as counsel for Plaintiff and in support thereof states as follows:

1. On February 22, 2024, Jesse Valdez filed a notice of association of counsel in the District Court, entering his appearance for Plaintiff in this matter. Dkt. 17.
2. Mr. Valdez's representation of Plaintiff in this matter has terminated.
3. Plaintiff continues to be represented by Yohannes Sium and David B. Owens.

WHEREFORE, Plaintiff respectfully requests that this Court withdraw the appearance of Mr. Valdez for Plaintiff in this matter.

/s/David B. Owens
*One of Plaintiff's Attorneys*

Yohannes Sium, Esq.
Attorney At Law
Law Office of Yohannes K. Sium, PLLC
119 1st Avenue South Suite 500
Seattle, Washington 98104
Office: 206-457 5860

David B. Owens
Loevy & Loevy
Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
Office: (312) 243-5900
Cell: (312) 590-5449

## CERTIFICATE OF SERVICE

I, David B. Owens, an attorney, certify that, on February 17, 2026, I caused the foregoing motion to be filed via the Court's electronic filing system, which effected service on all counsel of record.

s/ David B. Owens